March 31, 1911.) Action by the Pennsylvania Railways Advertising Company against the Waverly, Sayre & Athens Traction Company and others. R. K. Walton, for appellant. T. J. Keenan and C. P. Easton, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE, Respondent, v. BENZLER, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Proceeding by the People of the State of New York against Robert Benzler. O. H. Droege, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. CHESTER. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Proceeding by the People of the State of New York against Schuyler Chester. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. DIAMOND. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York against Elias Diamond. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. DOREY. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Proceeding by the People of the State of New York against Andrew Dorey. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. DUFFY. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York against William Duffy. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. FIELDS, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Proceeding by the People of the State of New York against Lizzie Fields. A. Karlin, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed. See, also, 140 App. Div. 906, 125 N. Y. Supp. 1136.

PEOPLE, Respondent, v. LAMBRIX, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Proceeding by the People of the State of New York against Michael Lambrix. No opinion. Judgment and orders affirmed.

PEOPLE, Respondent, v. LUMBERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Proceeding by the People of the State of New York against Orrin N. Lumbert. PER CURIAM. Motion to dismiss appeal denied, without prejudice to renewal in case the appellant fails to procure the case and exceptions to be settled, signed, and filed within 30 days. Further ordered that the district attorney of Onondaga county procure the record to be printed at the expense of Onondaga county.

PEOPLE v. MACCIARULO. (Supreme Court, Appellate Division. First Department. March 31, 1911.) Proceeding by the People of the State of New York against Giovanni Macciarulo. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. McINTYRE, Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York against William McIntyre. J. Z. Lowe, Jr., for appellant. R. C. Taylor, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Proceeding by the People of the State of New York against Benjamin Miller. F. D. Gallatin, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. PARROTT. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Proceeding by the People of the State of New York against Marvin E. Parrott. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. PISANO, Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Proceeding by the People of the State of New York against Raffaele Pisano. No opinion. Motion denied. See, also, 127 N. Y. Supp. 204.

PEOPLE, Appellant, v. SANTA CLARA LUMBER CO., Respondent (two cases). (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Proceeding by the People of the State of New York against the Santa Clara Lumber Company. No opinion. Motion granted, without costs. See, also, 139 App. Div. 923, 124 N. Y. Supp. 1125.

PEOPLE, Respondent, v. SANTANIELLO, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Proceeding by the People of the State of New York against Frederick C. Santaniello. E. P. Kilroe, for appellant. R. C. Taylor, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 127 N. Y. Supp. 1136.